```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
STEPHEN GANNON,                              :
                                             :     22-CV-700 (PGG) (RWL)
                    Plaintiff,               :
                                             :
        - against -                          :
                                             :
                                             :
115 REALTY LLC, et al                        :
                                             :
                    Defendants.              :
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/5/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

A certificate of default was issued against the named Defendants on April 12, 2022. By May 26, 2022, Plaintiff shall file a motion for default judgment (adhering to Judge Gardephe's rules). If Plaintiff does not intend to move for default judgment, then Plaintiff shall file a letter by May 12, 2022 explaining why not and why the case should not be dismissed for failure to prosecute.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: May 5, 2022
    New York, New York

Copies transmitted this date to all counsel of record.

1